Case 4:22-cv-04449   Document 20   Filed on 04/05/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 05, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BRADY BENNETT,** | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:22-CV-04449 |
| **ASSOCIATION OF HEALTH CARE MANAGEMENT, INC.,,** | § |
| Defendant. | § |

## ORDER OF DISMISSAL

Plaintiff Bradley Bennett has filed a Notice of Dismissal without Prejudice as to Defendant Association of Health Care Management, Inc. (Doc. 19). This action is therefore **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

**SIGNED** at Houston, Texas, on this the 5th day of April, 2023.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE